THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALBERT F. COYLE, Appellant.

Argued October 12, 1942; decided December 3, 1942.

*Edward C. McLean* for appellant.

*Frank S. Hogan*, District Attorney (*Stanley H. Fuld* and *Richard G. Denzer* of counsel), for respondent.

*Edwin M. Otterbourg, Frederic P. Houston, Charles G. Tierney* and *George R. Adams* for New York County Lawyers Association, *amicus curiæ*.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.